**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JEREMY SMITH,                                    *

    Plaintiff,                                   *

vs.                                              *    Civil Action No.

                                                 *    JURY DEMANDED

C SPIRE BUSINESS aka TEKLINKS, INC.
d/b/a C SPIRE WIRELESS,                          *

    Defendant.                                   *

---

## *COMPLAINT*

---

### I.   INTRODUCTION

This is an action for declaratory, injunctive and monetary relief brought by plaintiff, Jeremy Smith, against his employer, C Spire Business aka Teklinks, Inc. d/b/a C Spire Wireless (hereinafter "C-Spire"). Plaintiff alleges, as more specifically set forth below, that he was subjected to unlawful discrimination on the basis of race and retaliation, in violation of Title VII of the 1964 Civil Rights Act, as amended, 42 U.S.C. § 2000e et seq.

### II.   JURISDICTION AND VENUE

1.      This Court has jurisdiction of the Plaintiff's claim under Title VII pursuant to 42 U.S.C. § 2000e et seq., which provides for injunctive and remedial relief from discrimination in employment.

2.      The Plaintiff has complied with all conditions precedent to commence in this

1

lawsuit under Title VII by filing a Charge of Discrimination with the Equal Employment Opportunity Commission and receiving a Notice of Right to Sue and is filing within the ninety (90) day period.

3.     Plaintiff is a citizen and resident of Memphis, Shelby County, Tennessee and was employed by the Defendant working remotely in Memphis, Shelby County, Tennessee.

4.     Defendant, C Spire, is a company doing business in the state of Tennessee, with operations located in Ridgeland, Mississippi.   This Defendant may be served with process by delivering a copy of the summons and complaint to its Agent for Service of Process, CT Corporation, located at 300 Montvue Road, Knoxville, Tennessee 37919. Defendant is an employer as defined by 42 U.S.C. § 2000e and is therefore subject to the provisions of Title VII of the Civil Rights Act.

5.     Plaintiff is a member of the class of persons protected by the foregoing Act and statute in that Plaintiff was acting to protect members of the protected class, African Americans when he suffered retaliation.

## FACTS

6.     Plaintiff, Jeremy Smith, was employed by the Defendant, C Spire., in Memphis, Shelby County, Tennessee as an IT Cloud Enterprise Accounts/Sales Manager, located remotely in Memphis, Shelby County, Tennessee.   During this period of time, the Plaintiff was asked to serve as an IT Cloud Enterprise Account/Sales Manager in August 2018.   In 2019, he was transferred to the Enterprise Hardware sales position. In July, 2020, he asked Scottie Orr who was the Director of Sales, to transfer him back to

his former position which had been renamed to Commercial Accounts.   His request was denied.   Later in July 2020, he was placed on a Performance Improvement Plan (PIP). Mr. Smith became aware that Scottie Orr allowed Stuart Cooper, a similarly situated white employee, to transfer to the Commercial Accounts position in lieu of being placed on a PIP for poor job performance.   Mr. Smith also became aware that Ms. Orr advised Rich Farmer, a similarly situated white employee, to apply for the Director of Customer Engagement in lieu of being placed on a PIP and she later hired Mr. Farmer in the aforementioned position.   On August 5, 2020, Mr. Smith's employment was terminated in violation of Title VII of the Civil Rights Act of 1964 as amended.

7.      The sole reason for Plaintiff's treatment was because of race discrimination and retaliation for his actions protesting the decisions of his employer in violation of the Civil Rights Act of 1964.   Such action by Defendant C Spire constitutes discrimination on the basis of race and retaliation.

8.      Additionally, the conduct displayed by the Defendant constitutes a pattern and practice of discrimination by the Defendant.

9.      As a result of the intentional conduct of the Defendant, as set forth above, Plaintiff has suffered actual injury including, but not limited to, loss of income and benefits, as well as extreme humiliation, embarrassment, and mental anguish and emotional distress.

## **PRAYER FOR RELIEF**

WHEREFORE, AND CONSIDERATION OF THE FOREGOING, PLAINTIFF PRAYS that the Court, after service of this action upon Defendants, direct the Clerk to set

3

this matter for trial.   Plaintiff further requests a jury to hear this cause, and upon a hearing

and verdict thereon prays for the Court to issue a judgment;

1.  Finding that the Defendant's actions constituted intentional racial and retaliation discrimination in violation of Title VII of the Civil Rights Act of 1964;

2.  Awarding Plaintiff for back pay and benefits in the amount to be determined at trial;

3.  Awarding Plaintiff actual and compensatory damages in the amount of $300,000;

4.  Awarding Plaintiff punitive damages in the amount of $300,000;

5.  Awarding Plaintiff pre-judgement judgment interest;

6.  Attorney fees as provided by law.

Respectfully submitted,

TAYLOR & TOON, PLLC

*S/Christopher L. Taylor*
CHRISTOPHER L. TAYLOR (BPR# 018246)
*Attorney for Plaintiff*
Falls Building
22 North Front Street, Suite 755
Memphis, Tennessee 38103
(901) 522-1300
E-mail: ctaylor@taylortoon.com

4